Judgment reversed on questions of fact, and a new trial ordered before another referee, costs to abide event.

Opinion by HARDIN, J.

---

THE PHŒNIX BANK, APPELLANT, *v.* DANIEL P. STAFFORD AND MARTHA T. STAFFORD, RESPONDENTS.

Judgment reversed and new trial ordered before another referee, costs to abide event.

Opinion by HARDIN, J.

---

THOMAS WOODALL, RESPONDENT, *v.* PLINY E. WASHBURNE, APPELLANT.

Judgment affirmed, with costs.

---

ROSWELL W. DRIGGS, APPELLANT, *v.* NELLA BENEDICT, RESPONDENT.

Order of surrogate affirmed, with costs to be paid by appellant.